7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*
*Debtor*

*Bankruptcy Case No.*

Plaintiff(s)

*Adversary Case No.*
12–50873–can7

v.

Defendant(s)

# JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: that the Amended Motion of Michael Miller for summary judgment on his motion for violation of the discharge order is GRANTED; that damages are awarded to Mr. Miller in the sum of $90.00, consisting of the amount of intervention fees that were collected in violation of the discharge order; that the Missouri Department of Corrections is ordered to restore the $90.00 to Mr. Millers account forthwith. The parties are each to bear their own costs.



Ann Thompson
Court Executive

By: /s/ Debra Lynn Harden
      Deputy Clerk

Date of issuance: 5/15/14

Court to serve